# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 4, 2024

### NO. 03-23-00332-CV

**Joshua Jackson, Rolan Rast, Todd Gilbertson, Derrick Lehman, and Alexander Lomovstev, Appellants**

**v.**

**City of Austin, Travis County, State of Texas, Black Lives Matter, Austin Justice Coalition, Mike Ramos Brigade, ANTIFA, Safariland Defense Technology, Defense Technology, CTS Tactical, CSI Combined Systems, John Doe Defendants and as of yet Unidentified Entities, Appellees**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on May 30, 2023. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.